**Dennis McGOVERN, Maureen McGovern**

v.

**Raymond CROSSLEY, Dorothy M. Crossley.**

**No. 82–210–M.P.**

Supreme Court of Rhode Island.

Aug. 19, 1982.

Leo J. Dailey, Coventry, for plaintiffs.

Bruce G. Pollock, Warwick, for defendants.

**ORDER**

Motion of plaintiffs to affirm pursuant to Rule 16(g) is denied.

■

**Charlotte BUNKIN**

v.

**Audrey WALD, Alias Jane Doe and Stanley Wald, Alias John Doe.**

**No. 81–248–M.P.**

Supreme Court of Rhode Island.

Aug. 27, 1982.

Z. Hershel Smith, Providence, for petitioner.

**ORDER**

Petition for Writ of Certiorari denied without prejudice.